## Garret Wilkins, Appellee, v. Madison Coal Corporation, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon. J. F. GILLHAM, Judge,. presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 5, 1918.

### Statement of the Case.

Action by Garret Wilkins, plaintiff, against Madison Coal Corporation, defendant, to recover damages for personal injuries sustained on account of the fall of coal from the roof of a crosscut while plaintiff and his buddy were engaged in running a machine in undercutting coal in defendant's mine. From a judgment for plaintiff for $1,275, defendant appeals.

For the abstract of the decision of the court on a former appeal, see 188 Ill. App. 416.

BURTON & BURTON, for appellant; JOHN G. DREN-NAN, of counsel.

T. M. WEBB, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

MINES AND MINERALS, § 176*—*when not shown that roof of mine was not safe when examined by mine examiner.* In an action by a miner to recover for personal injuries sustained, due to the fall of a piece of slate from the roof of a crosscut in defendant's mine, in which plaintiff and his buddy were engaged in. running a coal undercutting machine, evidence *held* to show that the roof was not in a dangerous condition at the time the mine examiner examined it, eight hours before the occurrence of the accident.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.